IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHELLE SANDERS,

       Plaintiff,

v.                                            CASE NO. 5:10-cv-325-RS-WCS

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

       Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED**.

3. The clerk is directed to enter judgment for Defendant.

**ORDERED** on March 20, 2012.

                            /S/ Richard Smoak
                            **RICHARD SMOAK
                            UNITED STATES DISTRICT JUDGE**